IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                      CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date: September 17, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Nicole Peterson
Interpreter:        Susanna Cahill

Criminal Action No. 12-cr-00420-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  James Boma
                                           Zachary Phillips

         Plaintiff,

v.

JESUS ROJAS-ALVARADO,                      Evans Prieston

         Defendant.
_____

                            SENTENCING MINUTES
_____

**3:04 p.m.      Court in session**.

Hearing continued from September 9, 2013.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on February 14, 2013. Defendant pled guilty to Counts 1, 2 and 4 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #139)** Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Government's Motion for Downward Departure (**Doc. #139**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant forfeits all his interest in the property that is so designated and derived from the proceeds of the instant offense.

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:34 p.m.** **Court in recess.**

Total Time: 30 minutes.
Hearing concluded.